**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01406-CR

**JULIA BREAD CORNELIUS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82257-2011**

## ORDER

We **GRANT** Court Reporter LaTresta Ginyard's February 18, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **FOURTEEN DAYS** from the date of this order.

/s/     LANA MYERS
         JUSTICE